# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| BONNIE L BREWER | § | |
| | § | Case Number: 15-81279 |
| | § | |
| Debtor. | § | JUDGE THOMAS M. LYNCH |

## CERTIFICATE OF SERVICE

The undersigned certifies that on __May 10__, 2017, she served upon all persons to whom it is directed via electronic communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Attorney Kelli Walker
15 East Third Street
P.O. Box 535
Sterling, IL 61080

Patrick Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715

                                                                    /s/ Marti Maravich

Joseph D. Olsen, Trustee
Yalden, Olsen & Willette
1318 East State Street
Rockford, IL 61104-2228
815-965-8635
815-965-4573 (facsimile)
jolsenlaw@comcast.net

CGH Medical Center--Clinics
101 E. Miller Road
Sterling, IL 61081-1252

Capital One
P.O. Box 30281
Salt Lake City, UT 84130-0281

CenturyLink
P.O. Box 4300
Carol Stream, IL 60197-4300

Comenity Capital/Blair
P.O. Box 182120
Columbus, OH 43218-2120

Delta Outsource Group, Inc.
P.O. Box 1210
O'Fallon, MO 63366-9010

Donald Cruse
C/O Attorney Megan Heeg
215 East First Street, Suite #100
Dixon, IL 61021

Eagle Recovery Associates, Inc.
2601 West Forrest Hill Avenue
Peoria, IL 61604-1812

Farmers Insurance
Payment Processing Center
P.O. Box 0991
Carol Stream, IL 60132-0991

Great Lakes Specialty Finance, Inc.
D/B/A Check 'n Go
214 Kuel Rd.
Dixon, IL 61021-9646

HSBC Bank
P.O. Box 9
Buffalo, NY 14240-0009

Heavner, Beyers, & Mihlar, LLC
P.O. Box 740
Decatur, IL 62525-0740

Heights Finance Corp.
905 West Rock Falls Road
Rock Falls, IL 61071-2748

Miller Lancaster & Walker PC
15 E Third St PO Box 535
Sterling, IL 61081-0535

Nationwide Credit, Inc.
P.O. Box 26314
Lehigh Valley, PA 18002-6314

PORTFOLIO RECOVERY ASSOCIATES
PO BOX 41067
NORFOLK, VA 23541-1067

RRCA Accounts Management, Inc.
201 East Third Street
Sterling, IL 61081-3611

Robert T. Lesage, Jr. DDS
P.O. Box 949
815 N. Galena Ave.
Dixon, IL 61021-1518

Santander Consumer USA Inc.
P.O. Box 105255
Atlanta, GA 30348-5255

Security Finance
3506 E. Lincolnway, Ste. B
Sterling, IL 61081-9755

Shindler Law Firm
1990 E. Algonquin Rd., Ste. 180
Schaumburg, IL 60173-4164

SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE, IN 47731-3251

Syncb/Wal-Mart
P.O. Box 965024
Orlando, FL 32896-5024

Synchrony Bank/JCPenney
P.O. Box 965007
Orlando, FL 32896-5007

The Cash Store
224 N. Galena Ave.
Dixon, IL 61021-2120

US BANK
PO BOX 5229
CINCINNATI, OH 45201-5229

World Finance Corporation
106 S. Peoria Ave.
Dixon, IL 61021-2946

Bonnie L. Brewer
P.O. Box 55
Dixon, IL 61021-0055

Brewer Bonnie L
825 E Graham St
Dixon, IL 61021-1241

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-1340

Check N Go
C/O Real Time Resolutions, Inc.
PO Box 566027
Dallas, TX 75356-6027