# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: BREWER, BONNIE L.                           § Case No. 15-81279
                                                   §
                                                   §
                                                   §
Debtor(s)                                          §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $23,469.00                    Assets Exempt: $3,718.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $32,073.92     Claims Discharged
                                                Without Payment: $6,572.47

Total Expenses of Administration: $9,392.08

---

   3) Total gross receipts of $ 45,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,534.00 (see **Exhibit 2**), yielded net receipts of $41,466.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $71,823.50 | $28,523.50 | $28,523.50 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 1,971.00 | 11,517.08 | 9,392.08 | 9,392.08 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 11,718.25 | 10,122.89 | 3,550.42 |
| **TOTAL DISBURSEMENTS** | $1,971.00 | $95,058.83 | $48,038.47 | $41,466.00 |

4) This case was originally filed under Chapter 7 on May 08, 2015. The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/17/2017          By: /s/JOSEPH D. OLSEN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
|  | 1110-002 | -2,125.00 |
| Interim trustee payment per court order 04/04/16 | 1110-002 | 2,125.00 |
| Reversed Deposit Adj. 1  Interim trustee payment | 1110-002 | -2,125.00 |
| Reversed Deposit Rev. 9  Reversed Deposit Adj. 1 | 1110-002 | 2,125.00 |
| residence: 1606 Wadsworth Way | 1110-000 | 35,000.00 |
| 1/3 interest in father's estate | 1229-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** |  | **$45,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Bonnie L. Brewer |  | 8100-002 | 3,534.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** |  |  | **$3,534.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7S | Estate of Donald W. Cruse | 4110-000 | N/A | 43,300.00 | 0.00 | 0.00 |
|  | Kenzley Title Group, Inc | 4700-000 | N/A | 837.25 | 837.25 | 837.25 |
|  | Kenzley Title Group, Inc | 4700-000 | N/A | 142.22 | 142.22 | 142.22 |
|  | Kenzley Title Group, Inc | 4110-000 | N/A | 27,544.03 | 27,544.03 | 27,544.03 |
| **TOTAL SECURED CLAIMS** |  |  | **$0.00** | **$71,823.50** | **$28,523.50** | **$28,523.50** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOSEPH D. OLSEN | 2100-000 | N/A | 4,896.60 | 2,771.60 | 2,771.60 |
| Trustee Expenses - JOSEPH D. OLSEN | 2200-000 | N/A | 259.76 | 259.76 | 259.76 |
| Attorney for Trustee Fees (Trustee Firm) - Joseph D Olsen | 3110-000 | N/A | 1,971.00 | 1,971.00 | 1,971.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Septic Work Credit | 2500-000 | N/A | 225.00 | 225.00 | 225.00 |
| Other - Kenzley Title Group, Inc. | 2500-000 | N/A | 225.00 | 225.00 | 225.00 |
| Other - Kenzley Title Group, Inc | 2500-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - Kenzley Title Group, Inc | 2500-000 | N/A | 50.00 | 50.00 | 50.00 |
| Other - Kenzley Title Group, Inc | 2500-000 | N/A | 3.00 | 3.00 | 3.00 |
| Other - Kenzley Title Group, Inc | 2500-000 | N/A | 75.00 | 75.00 | 75.00 |
| Other - Kenzley Title Group, Inc | 2500-000 | N/A | 325.00 | 325.00 | 325.00 |
| Other - Kenzley Title Group, Inc | 2500-000 | N/A | 150.00 | 150.00 | 150.00 |
| Other - Kenzley Title Group, Inc | 3510-000 | N/A | 1,050.00 | 1,050.00 | 1,050.00 |
| Other - Kenzley Title Group, Inc | 3510-000 | N/A | 1,050.00 | 1,050.00 | 1,050.00 |
| Other - Kenzley Title Group, Inc | 2500-000 | N/A | 61.00 | 61.00 | 61.00 |
| Other - Kenzley Title Group, Inc | 2820-000 | N/A | 17.50 | 17.50 | 17.50 |
| Other - Kenzley Title Group, Inc | 2820-000 | N/A | 35.00 | 35.00 | 35.00 |
| Other - Kenzley Title Group, Inc | 2500-000 | N/A | 1,060.00 | 1,060.00 | 1,060.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.40 | 13.40 | 13.40 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.82 | 14.82 | 14.82 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $11,517.08 | $9,392.08 | $9,392.08 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 —PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | RRCA Accounts Management, Inc. | 7100-000 | N/A | 1,327.15 | 1,327.15 | 465.48 |
| 2 | World Finance Corporation | 7100-000 | N/A | 1,425.00 | 1,425.00 | 499.79 |
| 3 | Cavalry SPV I, LLC | 7100-000 | N/A | 1,533.32 | 1,533.32 | 537.78 |
| 4 | Springleaf Financial Services | 7100-000 | N/A | 4,647.17 | 4,647.17 | 1,629.91 |
| 5 | Check N Go | 7100-000 | N/A | 530.86 | 530.86 | 186.19 |
| 6 | Synchrony Bank | 7100-000 | N/A | 659.39 | 659.39 | 231.27 |
| 7U | Estate of Donald W. Cruse | 7100-000 | N/A | 1,595.36 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $11,718.25 | $10,122.89 | $3,550.42 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-81279  **Trustee:** (330400) JOSEPH D. OLSEN
**Case Name:** BREWER, BONNIE L.  **Filed (f) or Converted (c):** 05/08/15 (f)
 **§341(a) Meeting Date:** 06/18/15
**Period Ending:** 07/17/17  **Claims Bar Date:** 10/26/15

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | residence: 1606 Wadsworth Way | 51,700.00 | 0.00 | | 35,000.00 | FA |
| 2 | Cash on hand | 25.00 | 0.00 | | 0.00 | FA |
| 3 | ADP Aline Card/MB Financial in banks, savings an | 9.00 | 0.00 | | 0.00 | FA |
| 4 | HHGS/furnishings | 407.00 | 0.00 | | 0.00 | FA |
| 5 | US Bank - checking (negative balance) | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Wearing apparel | 150.00 | 0.00 | | 0.00 | FA |
| 7 | Jewelry | 25.00 | 0.00 | | 0.00 | FA |
| 8 | Term Life Insur. policy (through work) | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 401K Plan | 13,461.00 | 0.00 | | 0.00 | FA |
| 10 | 1/3 interest in father's estate  (u) | Unknown | 6,000.00 | | 10,000.00 | FA |
| 11 | 2007 Toyota Rav 4 | 9,392.00 | 0.00 | | 0.00 | FA |
| 12 | Voided | 0.00 | 0.00 | | 0.00 | FA |
| 13 | VOIDED | 0.00 | 0.00 | | 0.00 | 0.00 |
| 14 | VOIDED | 0.00 | 0.00 | | 0.00 | 0.00 |
| 15 | VOIDED | 0.00 | 0.00 | | 0.00 | 0.00 |
| 16 | VOIDED | 0.00 | 0.00 | | 0.00 | 0.00 |
| 17 | VOIDED | 0.00 | 0.00 | | 0.00 | 0.00 |
| 18 | VOIDED | 0.00 | 0.00 | | 0.00 | 0.00 |
| 19 | VOIDED | 0.00 | 0.00 | | 0.00 | 0.00 |
| 20 | VOIDED | 0.00 | 0.00 | | 0.00 | 0.00 |
| 21 | VOIDED | 0.00 | 0.00 | | 0.00 | 0.00 |
| 22 | VOIDED | 0.00 | 0.00 | | 0.00 | 0.00 |
| 23 | VOIDED | 0.00 | 0.00 | | 0.00 | 0.00 |
| 24 | VOIDED | 0.00 | 0.00 | | 0.00 | 0.00 |
| 25 | VOIDED | 0.00 | 0.00 | | 0.00 | 0.00 |
| 25 Assets | Totals (Excluding unknown values) | **$75,169.00** | **$6,000.00** | | **$45,000.00** | **$0.00** |

Printed: 07/17/2017 01:33 PM   V.13.30

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-81279  
**Case Name:** BREWER, BONNIE L.

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 05/08/15 (f)  
**§341(a) Meeting Date:** 06/18/15

**Period Ending:** 07/17/17

**Claims Bar Date:** 10/26/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2016       **Current Projected Date Of Final Report (TFR):**    May 9, 2017  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 15-81279  
**Case Name:** BREWER, BONNIE L.  

**Taxpayer ID #:** **-***4806  
**Period Ending:** 07/17/17

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8866 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 07/17/2017 01:33 PM    V.13.30

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 15-81279 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | BREWER, BONNIE L. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******8867 - Checking Account |
| Taxpayer ID #: | **-***4806 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 07/17/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/09/15 | | JOSEPH D. OLSEN | | 1110-002 | -2,125.00 | | -2,125.00 |
| 03/02/16 | | Kenzley Title Group | Interim trustee payment per court order 04/04/16 | 1110-002 | 2,125.00 | | 0.00 |
| 03/02/16 | | Kenzley Title Group, Inc | | | 0.00 | | 0.00 |
| | {1} | | Sale price of property    35,000.00 | 1110-000 | | | 0.00 |
| | | Septic Work Credit | Septic Work Credit    -225.00 | 2500-000 | | | 0.00 |
| | | | 2015 County Taxes    -837.25 01/01/15-12/31/15 | 4700-000 | | | 0.00 |
| | | | 2016 County Taxes    -142.22 01/01/2016-03/03/16 | 4700-000 | | | 0.00 |
| | | Kenzley Title Group, Inc. | Owner's Title Insurance    -225.00 | 2500-000 | | | 0.00 |
| | | | Closing Protection Letter    -25.00 | 2500-000 | | | 0.00 |
| | | | Closing Protection    -50.00 | 2500-000 | | | 0.00 |
| | | | IL DFI Policy Fee    -3.00 | 2500-000 | | | 0.00 |
| | | | Late Date Search Fee    -75.00 | 2500-000 | | | 0.00 |
| | | | Closing Fee    -325.00 | 2500-000 | | | 0.00 |
| | | | Search Fee    -150.00 | 2500-000 | | | 0.00 |
| | | | Realtor Fees    -1,050.00 | 3510-000 | | | 0.00 |
| | | | Commission    -1,050.00 | 3510-000 | | | 0.00 |
| | | | Recording Fees    -61.00 | 2500-000 | | | 0.00 |
| | | | County Revenue Stamp    -17.50 | 2820-000 | | | 0.00 |
| | | | State Revenue Stamps    -35.00 | 2820-000 | | | 0.00 |
| | | | Mortgage Payoff    -27,544.03 | 4110-000 | | | 0.00 |
| | | | Reimburse Pipes/Water Pump    -1,060.00 | 2500-000 | | | 0.00 |
| | | JOSEPH D. OLSEN | Trustee Fees    -2,125.00 | 2100-002 | | | 0.00 |
| 03/02/16 | | JOSEPH D. OLSEN | | 1110-002 | -2,125.00 | | -2,125.00 |
| 01/17/17 | {10} | Estate of Donald Cruse | Settlement per court order | 1229-000 | 7,191.73 | | 5,066.73 |
| 01/17/17 | {10} | Est. of Don Cruse | Settlement per court order | 1229-000 | 2,808.27 | | 7,875.00 |
| 01/19/17 | | Ledger adjustment to reflect carve out agreement | | 1110-002 | 2,125.00 | | 10,000.00 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9,990.00 |
| 02/01/17 | 101 | Bonnie L. Brewer | | 8100-002 | | 3,534.00 | 6,456.00 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.40 | 6,442.60 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.82 | 6,427.78 |
| 04/27/17 | | Kenzley Title Group | Reversed Deposit Rev. 9  Reversed Deposit Adj. 1  Interim trustee payment per court order | 1110-002 | 2,125.00 | | 8,552.78 |

Subtotals :         $12,125.00         $3,572.22

{} Asset reference(s)

Printed: 07/17/2017 01:33 PM         V.13.30

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 15-81279  
**Case Name:** BREWER, BONNIE L.  

**Taxpayer ID #:** **-***4806  
**Period Ending:** 07/17/17

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8867 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 04/04/16 | | | | |
| 04/27/17 | | Kenzley Title Group | Reversed Deposit Adj. 1  Interim trustee payment per court order 04/04/16 | 1110-002 | -2,125.00 | | 6,427.78 |
| 06/05/17 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $259.76, Trustee Expenses;  Reference: | 2200-000 | | 259.76 | 6,168.02 |
| 06/05/17 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $2,771.60, Trustee Compensation;  Reference: | 2100-000 | | 646.60 | 5,521.42 |
| 06/05/17 | 104 | Joseph D Olsen | Dividend paid 100.00% on $1,971.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,971.00 | 3,550.42 |
| 06/05/17 | 105 | RRCA Accounts Management, Inc. | Dividend paid 35.07% on $1,327.15; Claim# 1; Filed: $1,327.15; Reference: | 7100-000 | | 465.48 | 3,084.94 |
| 06/05/17 | 106 | World Finance Corporation | Dividend paid 35.07% on $1,425.00; Claim# 2; Filed: $1,425.00; Reference: | 7100-000 | | 499.79 | 2,585.15 |
| 06/05/17 | 107 | Cavalry SPV I, LLC | Dividend paid 35.07% on $1,533.32; Claim# 3; Filed: $1,533.32; Reference: | 7100-000 | | 537.78 | 2,047.37 |
| 06/05/17 | 108 | Springleaf Financial Services | Dividend paid 35.07% on $4,647.17; Claim# 4; Filed: $4,647.17; Reference: | 7100-000 | | 1,629.91 | 417.46 |
| 06/05/17 | 109 | Check N Go | Dividend paid 35.07% on $530.86; Claim# 5; Filed: $530.86; Reference: | 7100-000 | | 186.19 | 231.27 |
| 06/05/17 | 110 | Synchrony Bank | Dividend paid 35.07% on $659.39; Claim# 6; Filed: $659.39; Reference: | 7100-000 | | 231.27 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,000.00 | 10,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 10,000.00 | 10,000.00 | |
| | | | Less: Payments to Debtors | | | 3,534.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,000.00** | **$6,466.00** | |

| | |
|---|---:|
| Net Receipts : | 10,000.00 |
| Plus Gross Adjustments : | 35,000.00 |
| Less Payments to Debtor : | 3,534.00 |
| Less Other Noncompensable Items : | 2,125.00 |
| Net Estate : | $39,341.00 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---:|---:|---:|
| Checking # ******8866 | 0.00 | 0.00 | 0.00 |
| Checking # ******8867 | 10,000.00 | 6,466.00 | 0.00 |
| | **$10,000.00** | **$6,466.00** | **$0.00** |

{} Asset reference(s)

Printed: 07/17/2017 01:33 PM    V.13.30